**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Dale Moore,<br><br>  Plaintiff,<br><br>v.<br><br>Unknown Anderson, et al.,<br><br>  Defendants. | No. CV-18-00859-PHX-ROS (ESW)<br><br>**ORDER** |

The Court has considered Plaintiff's Motion for Appointment of Counsel (Doc. 142). The Court has denied Plaintiff's three prior requests for the appointment of counsel. (Docs. 18, 68, 105). The Court affirms its prior findings that this case does not present the existence of exceptional circumstances warranting the appointment of counsel. Plaintiff's fourth Motion for Appointment of Counsel (Doc. 142) will be denied.

**IT IS ORDERED** denying Plaintiff's Motion for Appointment of Counsel (Doc. 142).

Dated this 29th day of January, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge