Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
(602) 241-7000

*Attorneys for Defendants Anderson, Sandoval, Reynolds, Montano, Days, Munley, Akin, Thomas, and Espinosa*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Dale Moore,<br><br>  Plaintiff,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>  Defendants. | Case No.: 18-cv-00859<br><br>**NOTICE OF APPEAL**<br><br>**(Assigned to Hon. Roslyn O. Silver)** |

Pursuant to FRAP 3, Defendants Reynolds, Sandoval, and Espinosa hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final Judgment entered in the United States District Court of Arizona on January 28, 2025 in favor of Plaintiff Shawn Dale Moore (ECF 399), encompassing: the underlying Order (ECF 398) denying Defendants Reynolds, Sandoval, and Espinosa's Motion for Judgment as a Matter of Law and Motion to Alter or Amend Judgment (ECF 390); the Order (ECF 353) granting Plaintiff's Motion for Spoliation Sanctions (ECF 324) and Motions in limine (ECF 330-335); and jury selection proceedings outside the record of appeal as defined by FRAP 10(a).

RESPECTFULLY SUBMITTED this 27th day of February 2025.

**O'CONNOR & DYET, P.C.**

By: /s/*Danny O'Connor III*
    Daniel J. O'Connor, Jr.
    Danny O'Connor III
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to those participants registered with the CM/ECF System.

Edward John Bressler Hermes
Megan M. Carrasco
Snell & Wilmer LLP
1 E. Washington Street, Suite 2700
Phoenix, AZ 85004
ehermes@swlaw.com
mcarrasco@swlaw.com
*Attorneys for Plaintiff*

/s/ *Laura Larson*